UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENTAL ACCOUNTABILITY PROJECT,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>        Defendants. | Civil Action No. 24-3425 (RC) |

## STIPULATION OF DISMISSAL OF PARTY

The parties to this action hereby stipulate to dismiss the Department of Homeland Security from this action.  This Freedom of Information Act case will continue against Defendant Federal Emergency Management Agency.

Dated:  January 22, 2025

Respectfully submitted,

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
Phone: (312) 243-5900
Email: foia@loevy.com

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       */s/ Dimitar P. Georgiev*
    DIMITAR P. GEORGIEV, D.C. Bar # 1735756
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 815-8654

*Attorneys for the United States of America*